**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 16, 2012

Lyle W. Cayce
Clerk

No. 11-20522
Summary Calendar

MELVIN SHAW,

Plaintiff-Appellant

v.

DAVID SWEETIN, Warden; D. REED, Correctional Officer; SERGEANT
SHARP,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:11-CV-375

Before SMITH, GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Melvin Shaw, Texas prisoner # 605459, appeals the district court's dismissal of his 42 U.S.C. § 1983 action for want of prosecution. Although he renews the allegations of his complaint, Shaw does not challenge the district court's conclusion that he failed to comply with the court's order to either pay the filing fee or file an IFP application and thereby abandoned prosecution of his complaint. By failing to brief any argument challenging the district court's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-20522

reason for dismissal, Shaw has abandoned the only basis for the appeal. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

AFFIRMED.